**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                **No. 4:20-CR-00098-02-JM**

**SEDRIC LAMONT MCGOWN**

## ORDER

Defendant's Motion to Appoint Counsel (Doc. No. 531) is DENIED.  There is no right to appointed counsel in sentence modification proceedings[1] and Defendant has presented no valid legal arguments for a sentence reduction.

IT IS SO ORDERED this 8th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] See *United States v. Meeks*, 971 F.3d 830, 833 (8th Cir. 2020).